IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD HUNTER AND JANA HUNTER,**
Husband and Wife                                                                                  **PLAINTIFFS**

V.                                         4:25CV000267 JM

**ASPEN CONTRACTING, INC.**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the order filed on this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 15th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE